ILND 450 (Rev. 04/29/2016) : Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Cabdifitax Ibrahim

Plaintiff(s),

v.

Kristi Noem et al

Defendant(s).

Case No. 1:25-cv-13706
Judge Andrea R. Wood

### AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐   in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes   pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐   in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑   other: Petitioner's petition for a writ of habeas corpus is granted. The Court finds that Petitioner is entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a). Within seven days, Respondents shall either (1) provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a), at which Respondents will have the burden of showing by clear and convincing evidence that Petitioner poses a risk of flight or a danger to the community such that his detention is necessary, or (2) release him from custody under reasonable conditions of supervision.

This action was (check one):

☐ tried by a jury with Judge   presiding, and the jury has rendered a verdict.
☐ tried by Judge   without a jury and the above decision was reached.
☑ decided by Judge Andrea R. Wood.

Date: 3/16/2026      Thomas G. Bruton, Clerk of Court

Laritza Arcos , Deputy Clerk